# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

    Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

    Defendant.

No. 1:20-cv-00843 WJ/GBW
No. 1:20-cv-00875 WJ/GBW
No. 1:20-cv-00938 WJ/GBW
No. 1:20-cv-00940 WJ/GBW
No. 1:20-cv-00998 WJ/GBW
No. 1:20-cv-01003 GBW/SMV

Consolidated

## **MEMORANDUM OPINION AND ORDER CONSOLIDATING CASES**

**THIS MATTER** comes before the Court *sua sponte*. On October 1, 2020, *pro se* Plaintiff filed an action, *Strojnik v. Hotel Parq Management Co. LLC*, No. 1:20-cv-01003-GBW-SMV, which is essentially identical to the five cases previously filed by Plaintiff in state court which have been removed to this Court and consolidated in this action.

Rule 42 allows the Court to consolidate actions if those actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). Consolidation of *Strojnik v. Hotel Parq Management Co. LLC*, No. 1:20-cv-01003-GBW-SMV, with this action will efficiently utilize Court resources by having the same presiding Judge and same referral Judge handling the six cases.

**IT IS ORDERED** that:

(i)    *Strojnik v. Hotel Parq Management Co. LLC*, No. 1:20-cv-01003-GBW-SMV, is consolidated with this case.

(ii)   The Clerk shall file this Order in *Strojnik v. Hotel Parq Management Co. LLC*, No. 1:20-cv-01003-GBW-SMV.

- 2 -

(iii)  All documents for *Strojnik v. Hotel Parq Management Co. LLC*, No. 1:20-cv-01003-GBW-SMV shall be filed only in this case: *Strojnik v. Albuquerque Boca Hotel, LP*, No. 1:20-cv-00843-WJ-GBW.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**