### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

      Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

      Defendant.

No. 1:20-cv-00843 WJ/GBW
No. 1:20-cv-00875 WJ/GBW
No. 1:20-cv-00938 WJ/GBW
No. 1:20-cv-00940 WJ/GBW
No. 1:20-cv-00998 WJ/GBW
No. 1:20-cv-01003 WJ/GBW

Consolidated

### MEMORANDUM OPINION AND ORDER CONSOLIDATING CASES

**THIS MATTER** comes before the Court *sua sponte*. On September 8, 2020, *pro se* Plaintiff filed an action in state court which was removed to this Court, and which is essentially identical to other cases previously filed by Plaintiff in state court which have been removed to this Court and consolidated. *See Strojnik v. TRM & BAPA Investment, LLC*, No. 1:20-cv-01034-JFR-KRS.

Rule 42 allows the Court to consolidate actions if those actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). Consolidation of *Strojnik v. TRM & BAPA Investment, LLC*, No. 1:20-cv-01034-JFR-KRS, with this action will efficiently utilize Court resources by having the same presiding Judge and same referral Judge handling the seven cases.

**IT IS ORDERED** that:

(i)    *Strojnik v. TRM & BAPA Investment, LLC*, No. 1:20-cv-01034-JFR-KRS, is consolidated with this case.

(ii)   The Clerk shall file this Order in *Strojnik v. TRM & BAPA Investment, LLC*, No. 1:20-cv-01034-JFR-KRS.

(iii)   All documents for *Strojnik v. TRM & BAPA Investment, LLC*, No. 1:20-cv-01034-JFR-KRS shall be filed only in this case: *Strojnik v. Albuquerque Boca Hotel, LP*, No. 1:20-cv-00843-WJ-GBW.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**