# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

    Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

    Defendant.

No. 1:20-cv-00843-WJ-GBW
No. 1:20-cv-00875- WJ-GBW
No. 1:20-cv-00938- WJ-GBW
No. 1:20-cv-00940- WJ-GBW
No. 1:20-cv-00998- WJ-GBW
No. 1:20-cv-01003-WJ-GBW
No. 1:20-cv-01034-WJ-GBW
Consolidated

## MEMORANDUM OPINION AND ORDER DENYING MOTION TO REMAND

**THIS MATTER** comes before the Court on Plaintiff's Motion to Remand the Brand Deceit Claim in Count 2 to the 1st Judicial District Pursuant to 28 U.S.C. 1441(c), Doc. 13, filed October 13, 2020 ("Motion to Remand"), in *Strojnik v. Ashford Posada, L.P.*, No. 1:20-cv-00940-WJ-GBW.

Plaintiff filed his Motion to Remand in *Strojnik v. Ashford Posada, L.P.*, No. 1:20-cv-00940- WJ-GBW, after the Court consolidated *Strojnik v. Ashford Posada, L.P.* with this lead case and ordered that all documents be filed only in this lead case. *See* Doc. 30, filed October 1, 2020. Plaintiff did not file his Motion to Remand in this lead case. Accordingly, the Court denies Plaintiff's Motion to Remand for failure to comply with the Court's Order that all documents be filed only in this lead case (1:20 -cv-00843-WJ-GBW).

**IT IS ORDERED** that:

(i)     Plaintiff's Motion to Remand the Brand Deceit Claim in Count 2 to the 1st Judicial District Pursuant to 28 U.S.C. 1441(c), Doc. 13, filed October 13, 2020, in *Strojnik v. Ashford Posada, L.P.*, No. 1:20-cv-00940- WJ-GBW, is **DENIED.**

(ii)     The Clerk shall also file this Order in *Strojnik v. Ashford Posada, L.P.*, No. 1:20-cv-00940- WJ-GBW, and terminate Plaintiff's Motion to Remand.

_____
**WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE**