IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PETER STROJNIK,**

    Plaintiff,

v.                                                                  No. 1:20-CV-00843-WJ-GBW
                                                                            No. 1:20-CV-00875-WJ-GBW
                                                                            No. 1:20-CV-00938-WJ-GBW
                                                                            No. 1:20-CV-00940-WJ-GBW
                                                                            **No. 1:20-CV-00998-WJ-GBW**
                                                                            No. 1:20-CV-01003-WJ-GBW
                                                                            No. 1:20-cv-01034-WJ-GBW

**ALBUQUERQUE BOCA HOTEL, LP**
**d/b/a CROWNE PLAZA**
**ALBUQUERQUE,**

                                                                            Consolidated

    **Defendant.**

## ENTRY OF APPEARANCE

Chapman and Priest, P.C. (Donna L. Chapman and Nicholas J. Rimmer), hereby enters their appearance on behalf of Defendant Historic Hotel, LLC d/b/a Hotel Andaluz Albuquerque, Curio Collection by Hilton. Copies of all documents pertaining to litigation in this matter should be sent to the undersigned attorneys.

                                                                    Respectfully submitted,

                                                                   **CHAPMAN AND PRIEST, P.C.**

                                                                   */s/ Nicholas J. Rimmer*
                                                                   Donna L. Chapman
                                                                   Nicholas J. Rimmer
                                                                   P.O. Box 94238
                                                                   Albuquerque, NM 87199
                                                                   Tel: (505) 242-6000
                                                                   donna@cplawnm.com
                                                                   nicholasrimmer@cplawnm.com
                                                                   *Attorneys for Defendant Historic Hotel, LLC d/b/a Hotel Andaluz Albuquerque, Curio Collection by Hilton*

I HEREBY CERTIFY that on the 29th day of October, 2020, I filed the foregoing electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, served U.S. Mail to *Pro Se Plaintiff*, and electronic mail as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Peter Strojnik<br>7847 N. Central Avenue<br>Phoenix, AZ 85020<br>Tel: (602) 524-6602<br>ps@strojnik.com<br>*Plaintiff Pro Se* | Jennifer Saavedra<br>Hector H. Balderas New Mexico Attorney General<br>Post Office Drawer 1508<br>Santa Fe, NM 87504<br>Tel: (505) 490-4060<br>jsaavedra@nmag.gov<br>*Attorney for the State of New Mexico* |
| David M. Wesner<br>Lisa Entress Pullen<br>Civerolo, Gralow & Hill, P.C.<br>P.O. Drawer 887<br>Albuquerque, NM 87103<br>Tel: (505) 842-8255<br>wesnerd@civerolo.com<br>pullenl@civerolo.com<br>*Attorneys for Albuquerque Boca Hotel Limited Partnership* | Danny W. Jarrett<br>Jay Joseph Athey<br>Jackson Lewis P.C.<br>800 Lomas Blvd. NW Suite 200<br>Albuquerque, NM 87102<br>Tel: (505) 878-0515<br>Danny.jarrett@jasckonlewis.com<br>Jay.athey@jacksonlewis.com<br>*Attorneys for Water Street Inn, LLC d/b/a The Inn at Vanessie* |
| Jacyln M. McLean<br>Hinkle Shanor LLP<br>P.O. Box 2068<br>Santa Fe, NM 87504<br>Tel: (505) 982-4554<br>jmclean@hinklelawfirm.com<br>*Attorneys for Defendant TRM & BAPA Investment, LLC and Ashford Posada, LP* | Elizabeth A. Heaphy<br>RMH Lawyers, P.A.<br>316 Osuna Rd. NE, Unit 201<br>Albuquerque, NM 87107<br>Tel: (505) 247-8860<br>eah@rmhlawyers.com<br>*Attorneys for Defendant Historic Hotel, LLC d/b/a Hotel Andaluz Albuquerque, Curio Collection by Hilton* |

*/s/ Nicholas J. Rimmer*
Nicholas J. Rimmer