UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

PETER STROJNIK,

        Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

        Defendant.

No. 1:20-cv-00843-WJ-GBW
No. 1:20-cv-00875- WJ-GBW
No. 1:20-cv-00938- WJ-GBW
No. 1:20-cv-00940- WJ-GBW
No. 1:20-cv-00998- WJ-GBW
No. 1:20-cv-01003-WJ-GBW
No. 1:20-cv-01034-WJ-GBW
Consolidated

## MEMORANDUM OPINION AND ORDER DENYING REQUEST FOR HEARING

**THIS MATTER** comes before the Court on Plaintiff's Request for Management Conference, Doc. 38, filed October 15, 2020.

"Plaintiff requests a case management conference at the earliest possible opportunity to resolve" the following issues: (i) Plaintiff "requests that the Court issue a briefing schedule requiring each Defendant to prove that this Court has Article III jurisdiction over all claims;" (ii) Plaintiff's state law claims and punitive and nominal damages; (iii) alignment of the New Mexico Attorney General, if the Attorney General is permitted to intervene; (iv) Plaintiff requests an order for "early Rule 26.1 exchange;" (v) Plaintiff states he "intends to file early Motions for Summary Judgment against each consolidated Defendant" and is "willing to submit himself to a deposition."

The Court denies Plaintiff's Request for a case management conference at the "earliest possible opportunity to resolve" issues. The Court expects the Parties to confer in an attempt to resolve issues before getting the Court involved. *See* D.N.M.LR-Civ. 83.9 ("Lawyers appearing in this District must comply with the section for lawyers of "A Creed of Professionalism of the New Mexico Bench and Bar"); A Creed of Professionalism of the New Mexico Bench and Bar ("I

- 2 -

will attempt to resolve, by agreement, my objections to matters contained in my opponent's pleadings and discovery requests"). The Magistrate Judge will set a conference at an appropriate time.

The Court notes that Plaintiff filed his Request for Management Conference as a "Notice." All requests to the Court should be filed as a "Motion."

**IT IS ORDERED** that Plaintiff's Request for Management Conference, Doc. 38, filed October 15, 2020, is **DENIED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE