## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

      Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

      Defendant.

No. 1:20-cv-00843-WJ-GBW
No. 1:20-cv-00875-WJ-GBW
No. 1:20-cv-00938-WJ-GBW
No. 1:20-cv-00940-WJ-GBW
No. 1:20-cv-00998-WJ-GBW
No. 1:20-cv-01034-WJ-GBW

Consolidated

## MEMORANDUM OPINION AND ORDER CONSOLIDATING CASE

**THIS MATTER** comes before the Court *sua sponte*.  Plaintiff filed an action in state court which was removed to this Court.  *See Strojnik v. Mehta*, No. 1:20-cv-01325-SCY-LF.  *Strojnik v. Mehta* is very similar to several other cases previously filed by Plaintiff in state court which have been removed to this Court and consolidated in this action.

Rule 42 allows the Court to consolidate actions if those actions "involve a common question of law or fact."  Fed. R. Civ. P. 42(a)(2).  Consolidation of *Strojnik v. Mehta*, No. 1:20-cv-01325-SCY-LF, with this action will efficiently utilize Court resources by having the same presiding Judge and same referral Judge handling the seven cases.

**IT IS ORDERED** that:

(i)     *Strojnik v. Mehta*, No. 1:20-cv-01325-SCY-LF, is consolidated with this case.

(ii)     The Clerk shall file this Order in *Strojnik v. Mehta*, No. 1:20-cv-01325-SCY-LF.

(iii)     All documents for *Strojnik v. Mehta*, No. 1:20-cv-01325-SCY-LF shall be filed only in this case:  *Strojnik v. Albuquerque Boca Hotel, LP*, No. 1:20-cv-00843-WJ-GBW.

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE