IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

    Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

    Defendant.

No. 1:20-cv-00843-WJ-GBW
No. 1:20-cv-00875-WJ-GBW
No. 1:20-cv-00938-WJ-GBW
No. 1:20-cv-00940-WJ-GBW
No. 1:20-cv-00998-WJ-GBW
No. 1:20-cv-01003-WJ-GBW
No. 1:20-cv-01034-WJ-GBW
No. 1:20-cv-01325-WJ-GBW
Consolidated

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Defendant Water Street Inn, LLC n/k/a Vanessie Properties LLC d/b/a The Inn at Vanessie ("Defendant") and Plaintiff Peter Strojnik's Joint Motion to Dismiss with Prejudice, Doc. 128, filed July 12, 2021. Defendant and Plaintiff state they "have resolved Plaintiff's claims against Water Street Inn, LLC pertaining to Case No. 1:20-cv-00875-WJ-GBW to their mutual satisfaction" and "jointly request the Court enter an Order of Dismissal for Plaintiff's claims against Water Street Inn, LLC pertaining to Case No. 1:20-cv-00875-WJ-GBW with prejudice."

**IT IS ORDERED** that Defendant Water Street Inn, LLC n/k/a Vanessie Properties LLC d/b/a The Inn at Vanessie and Plaintiff Peter Strojnik's Joint Motion to Dismiss with Prejudice, Doc. 128, filed July 12, 2021, is **GRANTED.** Plaintiff's claims against Water Street Inn, LLC in to Case No. 1:20-cv-00875-WJ-GBW are **DISMISSED with prejudice.**

                         **WILLIAM P. JOHNSON**
                         **CHIEF UNITED STATES DISTRICT JUDGE**