IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

        Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

        Defendant.

No. 1:20-cv-00843-WJ-GBW
No. 1:20-cv-00875-WJ-GBW
No. 1:20-cv-00938-WJ-GBW
No. 1:20-cv-00940-WJ-GBW
No. 1:20-cv-00998-WJ-GBW
No. 1:20-cv-01003-WJ-GBW
No. 1:20-cv-01034-WJ-GBW
No. 1:20-cv-01325-WJ-GBW
Consolidated

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Plaintiff Peter Strojnik and Defendants Deepak Mehta and Meera Mehta d/b/a Microtel Inn by Wyndham's Stipulation of Dismissal With Prejudice, Doc. 135, filed July 27, 2021.  Plaintiff and Defendants "request that the Court enter an Order of Dismissal with Prejudice regarding all claims brought or that could have been brought by Plaintiff against Defendants Deepak & Meera Mehta in Case No. 1:20-cv-01325-WJ-GBW."

**IT IS ORDERED** that Plaintiff Peter Strojnik and Defendants Deepak Mehta and Meera Mehta d/b/a Microtel Inn by Wyndham's Stipulation of Dismissal with Prejudice, Doc. 135, filed July 27, 2021, is **GRANTED.**   Plaintiff's claims against Defendants Deepak & Meera Mehta in Case No. 1:20-cv-01325-WJ-GBW are **DISMISSED with prejudice.**

                            **WILLIAM P. JOHNSON**
                            **CHIEF UNITED STATES DISTRICT JUDGE**