IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

    Plaintiff,

vs.

ALBUQUERQUE BOCA HOTEL, LP
dba CROWNE PLAZA ALBUQUERQUE,

    Defendant.

**No. 1:20-cv-00843 WJ/GBW**
No. 1:20-cv-00875 WJ/GBW
No. 1:20-cv-00938 WJ/GBW
No. 1:20-cv-00940 WJ/GBW
No. 1:20-cv-00998 WJ/GBW
No. 1:20-cv-01003 WJ/GBW
No. 1:20-cv-01034 WJ/GBW
No. 1:20-cv-01325-WJ/GBW
**Consolidated**

## JOINT MOTION TO DISMISS CAUSE NO. 1:20-cv-00843 WJ/GBW WITH PREJUDICE

**COME NOW** Plaintiff *pro se*, Peter Strojnik, and Defendant Albuquerque Boca Hotel, L.P., by and through its counsel of record, Civerolo, Gralow & Hill, P.A. (Lisa Entress Pullen and David M. Wesner), and jointly move the Court to dismiss Plaintiff's Complaint in Cause No. 1:20-cv-00843 WJ/GBW, and all causes of action brought therein or that may have been brought therein, with prejudice. The parties state that they have amicably resolved their differences and request the Court to dismiss Cause No. 1:20-cv-00843 WJ/GBW at this time.

**WHEREFORE,** Plaintiff and Defendant Albuquerque Boca Hotel, L.P. request that the Court order that Plaintiff's Complaint, and all causes of action that were or that could have been brought, in Cause No. 1:20-cv-00843 WJ/GBW, be dismissed with prejudice. The parties also request that the Court order that each party in Cause No. 1:20-cv-00843 WJ/GBW bear his/its own attorneys' fees and costs.

Respectfully Submitted By:

*Approved via email on 11/3/21*
PETER STROJNIK, Plaintiff *pro se*
7847 N. Central Avenue
Phoenix, AZ 85020
(602) 524-6602
ps@strojnik.com

and

CIVEROLO, GRALOW & HILL, P.A.

By _____
Lisa Entress Pullen
David M. Wesner
*Attorneys for Defendant Albuquerque
Boca Hotel Limited Partnership*
P.O. Box 93940
Albuquerque, NM 87199
(505) 842-8255
pullenl@civerolo.com
wesnerd@civerolo.com

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Motion to Dismiss was delivered via the CM/ECF filing system on November 3, 2021 to all parties and counsel remaining of record:

Peter Strojnik
Plaintiff *Pro Se*
7847 N. Central Ave.
Phoenix, AZ 85020
(602) 524-6602
ps@strojnik.com

Jennifer Saavedra, Assistant Attorney General
Attorney for the State of New Mexico
New Mexico Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4866
jsaavedra@nmag.gov

Jaclyn M. McLean
Hinkle Shanor LP
P.O. Box 2068
Santa Fe, NM 87504-2068
(505) 982-4554
jmclean@hinklelawfirm.com

2

and
Lindsay G. Leavitt
Jennings, Strouss & Salmon, PLC
One East Washington Street
Suite 1900
Phoenix, AZ 85004-2554
(602) 262-5825
lleavitt@jsslaw.com
Attorneys for Ashford Defendants

_____
Lisa Entress Pullen
David M. Wesner