IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

      Plaintiff,

vs.

ALBUQUERQUE BOCA HOTEL, LP
dba CROWNE PLAZA ALBUQUERQUE,

      Defendant.

**No. 1:20-cv-00843 WJ/GBW**
No. 1:20-cv-00875 WJ/GBW
No. 1:20-cv-00938 WJ/GBW
No. 1:20-cv-00940 WJ/GBW
No. 1:20-cv-00998 WJ/GBW
No. 1:20-cv-01003 WJ/GBW
No. 1:20-cv-01034 WJ/GBW
No. 1:20-cv-01325-WJ/GBW
**Consolidated**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Plaintiff's and Defendant Albuquerque Boca Hotel, L.P.'s Joint Motion to Dismiss Cause No. 1:20-cv-00843 WJ/GBW with Prejudice, Doc. 163, filed November 3, 2021, the Court, having reviewed the Joint Motion and this Stipulated Order of Dismissal with Prejudice, with no responses opposing the Joint Motion having been filed, and otherwise being fully advised in the premises, **FINDS** that the Joint Motion to Dismiss Cause No. 1:20-cv-00843 WJ/GBW with Prejudice is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint against Defendant Albuquerque Boca Hotel, L.P., and all causes of action that were or that could have been brought in Cause No. 1:20-cv-00843 WJ/GBW, are hereby dismissed with prejudice.

It is additionally **ORDERED** that:

(i)    Each party in Cause No. 1:20-cv-00843 WJ/GBW shall bear his/its own attorneys' fees and costs.

(ii)   Plaintiff's and Defendant Albuquerque Boca Hotel, L.P.'s Joint Motion to Dismiss Cause No. 1:20-cv-00843 WJ/GBW with Prejudice, Doc. 163, filed November 3, 2021, is **GRANTED.**

_____
WILLIAM P. JOHNSON,
CHIEF UNITED STATES DISTRICT JUDGE