IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

    Plaintiff,

vs.

ALBUQUERQUE BOCA HOTEL, LP
dba CROWNE PLAZA ALBUQUERQUE,

    Defendant.

No. 1:20-cv-00843 WJ/GBW
No. 1:20-cv-00875 WJ/GBW
No. 1:20-cv-00938 WJ/GBW
No. 1:20-cv-00940 WJ/GBW
No. 1:20-cv-00998 WJ/GBW
No. 1:20-cv-01003 WJ/GBW
No. 1:20-cv-01034 WJ/GBW
No. 1:20-cv-01325-WJ/GBW
**Consolidated**

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Order of Dismissal, which dismissed all of Plaintiff's claims against Defendant Albuquerque Boca Hotel, L.P. in *Strojnik v. Albuquerque Boca Hotel, LP*, Case No. 1:20-cv-00843-WJ-GBW.

**IT IS ORDERED** that *Strojnik v. Albuquerque Boca Hotel, LP*, Case No. 1:20-cv-00843-WJ-GBW, is **DISMISSED with prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**