IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETER STROJNIK,

    Plaintiff,

v.

ALBUQUERQUE BOCA HOTEL, LP
D/B/A CROWNE PLAZA
ALBUQUERQUE,

    Defendant.

No. 1:20-cv-00843-WJ-GBW
No. 1:20-cv-00875-WJ-GBW
No. 1:20-cv-00938-WJ-GBW
No. 1:20-cv-00940-WJ-GBW
No. 1:20-cv-00998-WJ-GBW
No. 1:20-cv-01003-WJ-GBW
No. 1:20-cv-01034-WJ-GBW
No. 1:20-cv-01325-WJ-GBW
Consolidated

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Plaintiff Peter Strojnik and Defendant Ashford Posada, L.P. dba La Posada De Santa Fe, a Tribute Portfolio Resort and Spa's Stipulated Motion to Dismiss With Prejudice, Doc. 169, filed December 16, 2021. Plaintiff and Defendant "certify that Plaintiff's claims against Defendant Ashford Posada, L.P. have been resolved and hereby move the Court to dismiss this case [Case No. 1:20-cv-00940-WJ-GBW] with prejudice, each party to bear their own attorneys' fees and costs."

**IT IS ORDERED** that Plaintiff Peter Strojnik and Defendant Ashford Posada, L.P. dba La Posada De Santa Fe, a Tribute Portfolio Resort and Spa's Stipulated Motion to Dismiss With Prejudice, Doc. 169, filed December 16, 2021, is **GRANTED.** Plaintiff's claims against Defendant Ashford Posada, L.P. in *Strojnik v. Ashford Posada, L.P. dba La Posada De Santa Fe, a Tribute Portfolio Resort and Spa*, Case No. 1:20-cv-00940-WJ-GBW, are **DISMISSED with prejudice.**

                                      **WILLIAM P. JOHNSON**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**